### 6613. SOUTHERN COTTON OIL COMPANY *v.* BROWN.

RUSSELL, C. J. Where goods sold on a written contract specifying the future date when they are to be paid for are duly delivered by the seller to the carrier by whom delivery is to be made, the seller has, so complied with his contract as to be entitled to recover the price of the goods. This right is not defeated by reason of the fact that the seller, after shipping the goods, may have written to the buyer that he would draw for the money at a time earlier than that specified in the contract, and for that reason the buyer refused to take the goods from the carrier. The buyer's duty was to take the goods, as the letter from the seller could not have the effect of making the buyer pay for the goods sooner than the time specified in the contract, unless he voluntarily chose to honor the draft.           *Judgment reversed.*

DECIDED FEBRUARY 10, 1916.

Certiorari; from Hart superior court—Judge Meadow. April 14, 1915.

*A. S. Richardson, W. L. Hodges,* for plaintiff.

*John B. Morris,* for defendant.

---

### 6636. SWINDLE *v.* WALDROP.

BROYLES, J. A question of fact alone is involved in this trover suit. The jury determined this issue in favor of the plaintiff. No error of law is complained of. There is some evidence to support the verdict; and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED FEBRUARY 10, 1916.

Trover; from city court of Nashville—Judge Christian. April 19, 1915.

*J. W. Powell,* for plaintiff in error.

*J. P. Knight,* contra.